# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:22-cv-01296-SVW-PLA | Date | December 27, 2022 |
|---|---|---|---|
| Title | Kenneth Davidson v. Camilo A. Castro et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On October 28, 2022, the Court an issued an order to show cause why this action should not be dismissed for lack of prosecution.

Plaintiff, in response, filed a Proof of Service indicating that Defendant Camilo A. Castro was served on November 15, 2022. Defendant's aswer was due on December 6, 2022.

To date, defendant has not answered the complaint. Plaintiff has not filed any document granting an extenstion of time to respond, or requesting entry of default.

The file in this case lacks the papers that would show it is being timely prosecuted.

The case is dismissed.

:

Initials of Preparer   PMC